◼ THE PEOPLE OF THE STATE OF NEW YORK Respondent, v WILLIAM BRIGHT, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered March 6, 1991, convicting him of assault in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The People concede that the prosecutor violated the court's *Sandoval* ruling by cross-examining the defendant about the facts underlying a 1980 petit larceny conviction and the sentence he received therefor. However, in light of the overwhelming evidence of his guilt, the error was harmless *(see, People v Crimmins,* 36 NY2d 230). The defendant's claim that the court erred in permitting additional cross-examination with regard to certain prior bad acts has not been preserved for appellate review *(see,* CPL 470.05 [5]; *People v Fleming,* 70 NY2d 947; *People v Udzinski,* 146 AD2d 245) and is, in any event, meritless *(see, People v McCullough,* 141 AD2d 856).

We have examined the defendant's remaining contention and find it to be without merit *(cf., People v Lyons,* 106 AD2d 471). Eiber, J. P., Miller, Copertino and Pizzuto, JJ., concur.